**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

SHERRIE RODARTE

Plaintiff,

v.

PAUL JOBE; OTHER DRIVER WHOSE TRUE NAME IS UNKNOWN; EMERSON ELECTRIC CO; AND ROSEMOUNT ANALYTICAL, INC.

Defendants.

---

### DEFENDANTS' NOTICE OF REMOVAL

---

TO:     THE HONORABLE JUDGES AND CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 and 1446, Defendants Paul Jobe, Emerson Electric Co. and Rosemount Analytical Inc., hereby files this Notice of Removal of the state court civil action described below.  The grounds for removal are the following:

### PROCEDURAL HISTORY

1.      Plaintiff, Sherrie Rodarte commenced this action with the filing of a Complaint in Arapahoe County District Court, State of Colorado, on August 9, 2011, in Case No. 2011CV1567 (the "Arapahoe County Action").

2.      Defendant Paul Jobe was served with a copy Summons and Complaint on June 5, 2012.  Defendants Emerson Electric Co. and Rosemount Analytical, Inc. were served with a copy of the Summons and Complaint on May 30, 2012.   A copy of the Summons and Complaint are attached as Exhibits A and B, respectively.

15298647

1

3.     Removal is timely under U.S.C. § 1446(b), because this Notice of Removal is filed within 30 days after receipt by Paul Jobe, Emerson Electric Co. and Rosemount Analytical, Inc. of a copy of the Complaint, as calculated under Fed.R.Civ.P. 6(a)(1), and within one year of the commencement of the Arapahoe County Action.

## VENUE

4.     Under 28 U.S.C. § 1441 and § 1446(a), this Court is the appropriate forum in which to file this Notice of Removal because the United States District Court for the District of Colorado is the federal judicial district encompassing Arapahoe County, Colorado in which the Arapahoe County Action was filed.

## JURISDICTION

5.     The Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 (d), and it is one that may be removed to this Court by Paul Jobe, Emerson Electric Co., and Rosemount Analytical, Inc. pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446 on the following grounds:

A.     This is a civil action between citizens of different states.   Upon information and belief, Plaintiff, Sherrie Rodarte, is a resident of the State of Colorado. Emerson Electric Co. a corporation organized and existing under the laws of the State of Missouri, with its principal place of business in St. Louis, Massachusetts.   Rosemount Analytical Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Irvine, California.

B.     The amount in controversy in this civil action exceeds $75,000, exclusive of interests and costs.  In the Arapahoe Action, Plaintiff explains that on August 11, 2008

on Parker Road in Parker, Arapahoe County, Colorado, Defendant Paul Jobe was driving a large commercial truck owned and/or operated for the benefit of Defendants Emerson Electric Co. and Rosemount Analytical, Inc., that collided into the rear of Plaintiffs' car (Complaint, Paragraphs 1, 2 and 3).  As a result of the collision Plaintiff alleges that she "sustained ***serious and permanent*** injuries; endured pain and suffering and loss of enjoyment of life, incurred expenses for the services of doctors and other health care providers and medical supplies; lost income; sustained an impairment of earning capacity; lost time; sustained ***permanent, physical impairments*** and sustained other such losses, all past and future." (see *Complaint, ¶ 7, emphasis added*).   Plaintiff is seeking monetary judgment for more than $100,000 as indicated on the Civil Case Cover Sheet filed in the Arapahoe County Action pursuant to C.R.C.P. 16.1, a copy of which is attached as Exhibit C.  The allegations of permanent physical impairment and serious permanent injuries were confirmed in discussion among counsel.

C.     This case therefore meets the requirements of original jurisdiction due to complete diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and the amount in controversy exceeds $75,000, exclusive of interests and costs.

6.     Pursuant to 28 U.S.C. § 1446 and D.C.Colo.L.Civ.R. 81.1, counsel for Paul Jobe, Emerson Electric Co. and Rosemount Analytical Inc., has caused a copy of a Notice of Removal to be filed with the Clerk of the Arapahoe County District Court, a copy of which is attached as Exhibit D.     Within 14 days the Arapahoe Action docket sheet and any pending, motions, petitions, related responses, replies and briefs will be filed with this court.

WHEREFORE, Defendants Paul Jobe, Emerson Electric Co. and Rosemount Analytical, Inc. gives notice that the Arapahoe County Action pending against it has been removed to the United States District Court for the District of Colorado and all further proceedings shall be conducted in this Court.  As required by 28 U.S.C. § 1446(d), Paul Jobe, Emerson Electric Co. and Rosemount Analytical Inc. have submitted written notice of removal to the clerk of the Arapahoe County District Court and to Plaintiff's counsel of record.

Dated this 29th day of June, 2012.

SNELL & WILMER L.L.P.


By:  *s/Timothy G. O'Neill*
Timothy G. O'Neill, #17311
Eugene P. Kim, #42517
1200 Seventeenth Street, Suite 1900
Denver, CO  80202
303-634-2000 (telephone)
303-634-2020 (facsimile)

*Attorneys for Defendants Paul Jobe, Emerson Electric Co.*
*and Rosemount Analytical Inc.*

15298647

## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of June, 2012, a true and correct copy of the foregoing was served via ECF filing system on the following.  I also certify that a true and correct copy of the foregoing Notice of Removal was electronically filed via ECF on June 29, 2012 in the Arapahoe County District Court case captioned SHERRIE RODARTE v. PAUL JOBE; OTHER DRIVER WHOSE TRUE NAME IS UNKNOWN; EMERSON ELECTRIC CO; AND ROSEMOUNT ANALYTICAL, INC., Case No. 2011CV1567, Division 402 and thereby was electronically served on the following:

James L. Pagano
Christi A. Sanders
Cook & Pagano, P.C.
5390 Manhattan Circle
2nd Floor
Boulder, CO 80303

*Attorneys for Plaintiff*

*s/Camille Tucker*