| | EFILED Document<br>CO Arapahoe County District Court 18th JD<br>Filing Date: Aug 09 2011 02:06PM MDT<br>Filing ID: 39178798<br>Review Clerk: Linda Oliver |
|---|---|
| **DISTRICT COURT, ARAPAHOE COUNTY, COLORADO**<br>7325 South Potomac<br>Englewood, CO 80112 | |
| Plaintiff: **SHERRIE RODARTE,**<br><br>v.<br><br>Defendants: **PAUL JOBE; OTHER DRIVER WHOSE TRUE NAME IS UNKNOWN; EMERSON ELECTRIC CO; AND ROSEMOUNT ANALYTICAL, INC.** | σ   COURT USE ONLY   σ |
| Name:     Cook & Associates, P.C.<br>Address:  5390 Manhattan Circle, 2nd Floor<br>          Boulder, CO 80303<br>Telephone: 303-543-1000<br>Facsimile: 303-543-8582<br>Atty. Reg#:Stephen H. Cook: 6692<br>          Christi A. Sanders: 30127 | Case No.<br>Div. |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff, Sherrie Rodarte, through counsel, submits the following Complaint:

1.  On or about August 11, 2008, Plaintiff was operating her vehicle northbound on Parker Road in Parker, Arapahoe County, Colorado in the area south of Highway C-470.

2.  At that time and place, Defendants Paul Jobe and/or other unidentified driver, upon information and belief, was acting in the scope and course of employment, was operating a large commercial truck, owned and/or operated for the benefit of Emerson Electric and Rosemount Analytical, behind Plaintiff's vehicle.

3.  At that time and place, the front of the Defendants' truck collided into the rear of Plaintiff's car.

4.  Prior to the collision, Defendants drove the truck carelessly, causing the collision.

Exhibit B

5. The collision was the result of Defendants' negligent conduct, including but not limited to, failure to keep a proper lookout, failure to yield to the right-of-way, careless driving, and such other acts or failures to act which may be discovered at or before trial, which negligence also violated city and county ordinances and/or the statutes of the State of Colorado.

6. The negligence of Defendants was a proximate cause of the injuries, damages, and losses sustained by Plaintiff, as set forth herein.

7. As a proximate result of the negligence of Defendants, Plaintiff sustained serious and permanent injuries; endured pain and suffering and loss of enjoyment of life; incurred expenses for the services of doctors and other health care providers and medical supplies; lost income; sustained an impairment of earning capacity; lost time; sustained permanent, physical impairments; and sustained other such losses, all past and future, all to her detriment and all as a direct and proximate result of the negligence of the Defendants.

8. As a direct and proximate result of her injuries, Plaintiff will be prevented from engaging in certain economic, social and recreational activities normal to her lifestyle prior to the incident; will be denied opportunities for employment or business which would have otherwise been available; and will otherwise be prevented from participating in and enjoying the benefits of a full and complete life.

9. Plaintiff's date of birth is May 24, 1976. She was 32 years old at the time of the collision. She had a minimum life expectancy, pursuant to C.R.S. § 13-25-103, of 46.3 years. She is entitled to compensation for her injuries, damages and losses for the remainder of her life.

WHEREFORE, Plaintiff requests that judgment be entered in favor of Plaintiff and against Defendants, in an amount to fairly and reasonably compensate her for her injuries as set forth above; for court costs; for expert witness fees; for statutory interest from the date their cause of action accrued or as otherwise permitted under Colorado law; and for such other and further relief as their Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY OF SIX**

COOK & ASSOCIATES, P.C.

*Original signature on file at the offices of Cook & Associates, P.C.*

By:   *s/ Christi A. Sanders*
      Christi A. Sanders
      Attorneys for Plaintiff

Plaintiff's Address:
17315 Waterhouse Cir., B
Parker, Colorado 80134

Exhibit B